DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MONIQUA BROWN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-107

[March 14, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Paul L. Backman, Judge; L.T. Case Nos. 10-18081CF10A, 10-18082CF10A, 10-19141CF10A, 10-19433CF10A, 10-19434CF10A, 10-19543CF10A, and 10-20261CF10A.

Moniqua Brown, Ocala, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and FORST, JJ., concur.

\*      \*      \*

*Not final until disposition of timely filed motion for rehearing.*